James R. YOCOM, Commissioner of Labor, and Custodian of the Special Fund, et al., Appellants,

v.

Raymond SHELTON, and Workmen's Compensation Board of Kentucky, Appellees.

Court of Appeals of Kentucky.

March 2, 1973.

Gemma M. Harding, Department of Labor, Louisville, for appellants.

Fred G. Francis, W. W. Burchett, Prestonsburg, for appellees.

Memorandum Opinion of the Court by Commissioner VANCE, Affirming in Part-Reversing in Part.*

R. C. SECHREST and Susie B. Sechrest, Appellants,

v.

EASTERN KENTUCKY RURAL ELECTRIC CO-OPERATIVE CORPORATION, Appellee.

Court of Appeals of Kentucky.

March 2, 1973.

Raymond R. Vincent, Hugh O. Skees, Vincent & Skees, Florence, for appellants.

Asa M. Rouse, Walton, Frank G. Ware, Covington, Foster J. Collis, Winchester, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, affirming.*

COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS, Appellant,

v.

Leamon MITCHELL and Lois Mitchell, wife, Appellees.

Court of Appeals of Kentucky.

March 2, 1973.

Carl T. Miller, Jr., Department of Highways, Frankfort, Tyler C. Bourne, Paducah, for appellant.

J. Gordon Lisanby, Princeton, for appellees.

Memorandum Opinion of the Court by Justice STEPHENSON, affirming.*

Mercedes (Hanka) THOMPSON, Appellant,

v.

John Lloyd THOMPSON, Appellee.

Court of Appeals of Kentucky.

March 2, 1973.

Frazee, Frick & Gates, Louisville, for appellant.

G. Phillip Deeb, Sr., Louisville, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, affirming in part and reversing in part.*

* Opinion ordered not to be published.